## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## WHEELING

**RANCEL JERAMY CROSS,** Individually,
**RACHEL CROSS,** Individually, **RANCEL
JERAMY CROSS,** as Natural Guardian of
S.C., a minor, T.C., a minor and L.C., a
minor, and **RACHEL CROSS,** as Natural
Guardian of S.C., a minor, T.C., a minor
And L.C., a minor,

      Plaintiffs,

vs.                                            **Civil Action No. 5:21-CV-12**
                                                 **Judge Bailey**

**CAM SAFETY, LLC a/k/a/ and d/b/a
XCAM; XCAM, LLC a/k/a and d/b/a/
CAM SAFETY; EQT CORPORATION;
EQT PRODUCTION COMPANY; PROFRAC
SERVICES, LLC; BOTHA TRUCKING, LLC;
JOHN DOE 1; JOHN DOE 2; and JOHN DOE 3,**

      Defendants.

## STIPULATION OF DISMISSAL BETWEEN PLAINTIFFS AND DEFENDANTS BOTHA TRUCKING, LLC, PROFRAC SERVICES, LLC, EQT CORPORATION, EQT PRODUCTION COMPANY AND JOHN DOE 2

      Plaintiffs, Rancel Jeramy cross, Individually, Rachel Cross, Individually, Rancel Jeramy Cross, as Natural Guardian of S.C., a minor, T.C., a minor, and L.C., a minor, and Rachel Cross, as Natural Guardian of S.C., a minor, T.C., a minor, and L.C., a minor ("Plaintiffs"), by counsel, and Defendants, Botha Trucking, LLC ("Botha"), ProFrac Services, LLC ("ProFrac"), EQT Corporation, EQT Production Company ("EQT Entities"), and John Doe 2, by their respective counsel, hereby stipulate and agree that Plaintiffs' cause against Botha, ProFrac, John Doe 2, and

EQT Entities only should be dismissed, *without prejudice*, with each party to bear its own costs and attorneys' fees.

                              Respectfully submitted,

                              **RANCEL JERAMY CROSS,** Individually, **RACHEL CROSS,** Individually, **RANCEL JERAMY CROSS,** as Natural Guardian of S.C., a minor, T.C., a minor and L.C., a minor, and **RACHEL CROSS,** as Natural Guardian of S.C., a minor, T.C., a minor And L.C., a minor,

                              Plaintiffs,

Date: August 20, 2021        By:    */s/ Christopher J. McCabe, Esq.*
                                              Scott S. Blass (#4628)
                                            Christopher J. McCabe (#13652)
                                            BORDAS & BORDAS, PLLC
                                            1358 National Road
                                            Wheeling, WV  26003
                                            (304) 242-8410
                                            sblass@bordaslaw.com
                                            cmccabe@bordaslaw.com
                                            *Counsel for Plaintiffs*

Date: 08/20/2021			By:	*/s/ Matthew Nelson, Esq. (via email approval)*
					Matthew Nelson, Esq.
					James M. Leety, Esq.
					Lewis Brisbois Bigaard & Smith, LLP
					707 Virginia Street, East – Suite 1400
					Charleston, WV 25301
					(304) 553-0129
					Matt.Nelson@lewisbrisbois.com
					James.Leety@lewisbrisbois.com
					*Counsel for Botha Trucking, LLC*


Date: 08/20/2021			By:	*/s/ Nathanial Kuratomi, Esq. (via email approval)*
					Nathanial Kuratomi, Esq.
					Gary A. Matthews, Esq.
					Jenkins Fenstermaker, PLLC
					215 S. 3rd Street – Suite 400
					(304) 523-2100
					Nak@jenkinsfenstermaker.com
					Gam@jenkinsfenstermaker.com
					*Counsel for ProFrac Services, LLC*


Date: 08/20/2021			By:	*/s/ Jennifer J. Hicks, Esq (via email approval)*
					Jennifer J. Hicks, Esq.
					Tiffany Arbaugh, Esq.
					Babst, Calland, Clements and Zomnir, P.C.
					300 Summers Street – Suite 1000
					Charleston, WV 25301
					P: (681) 205-8888
					JHicks@babstcalland.com
					TArbaugh@babstcalland.com
					*Counsel for EQT Corporation*
					*And EQT Production Company*

**CERTIFICATE OF SERVICE**

  Service of the foregoing STIPULATION OF DISMISSAL was had upon the Defendants herein on the 20th day of August, 2021, by filing electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew Nelson, Esq.
James M. Leety, Esq.
Lewis Brisbois Bigaard & Smith, LLP
707 Virginia Street, East – Suite 1400
Charleston, WV 25301
P: (304) 553-0129
F: (304) 343-1805
Matt.Nelson@lewisbrisbois.com
James.Leety@lewisbrisbois.com
*Counsel for Botha Trucking, LLC*

Nathanial Kuratomi, Esq.
Gary A. Matthews, Esq.
Jenkins Fenstermaker, PLLC
215 S. 3rd Street – Suite 400
Clarksburg, WV 26301
P: (304) 523-2100
F: (304) 523-2347
Nak@jenkinsfenstermaker.com
Gam@jenkinsfenstermaker.com
*Counsel for ProFrac Services, LLC*

Jennifer J. Hicks, Esq.
Tiffany Arbaugh, Esq.
Babst, Calland, Clements and Zomnir, P.C.
300 Summers Street – Suite 1000
Charleston, WV 25301
P: (681) 205-8888
F: (681) 205-8814
JHicks@babstcalland.com
TArbaugh@babstcalland.com
*Counsel for EQT Corporation*
*And EQT Production Company*

Service of the foregoing STIPULATION OF DISMISSAL was had upon the unrepresented Defendant herein on the 20th day of August, 2021 by regular U.S. mail to:

>XCam, LLC
>4887 Glen Rose Highway – Suite 101
>Granbury, TX 76048
>*Defendant*

>Cam Safety, LLC
>P.O. Box 1366
>Granbury, TX 76058
>*Defendant*

By: */s/ Christopher J. McCabe, Esq.*
Scott S. Blass (#4628)
Christopher J. McCabe (#13652)
BORDAS & BORDAS, PLLC
1358 National Road
Wheeling, WV  26003
(304) 242-8410
jbordasiii@bordaslaw.com
cmccabe@bordaslaw.com
*Counsel for Plaintiff*