# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# Wheeling

**RANCEL JERAMY CROSS,** Individually, **RACHEL CROSS,** Individually, **RANCEL JERAMY CROSS,** as Natural Guardian of S.C., a minor, T.C., a minor and L.C., a minor, and **RACHEL CROSS,** as Natural Guardian of S.C., a minor, T.C., a minor and L.C., a minor,

Plaintiffs,

v.

**CIVIL ACTION NO. 5:21-CV-12**
Judge Bailey

**CAM SAFETY, LLC,** aka XCAM, **XCAM, LLC** aka CAM SAFETY, **EQT CORPORATION, EQT PRODUCTION COMPANY, PROFRAC SERVICES, LLC, BOTHA TRUCKING, LLC, JOHN DOE 1, JOHN DOE 2,** and **JOHN DOE 3,**

Defendants.

## ORDER

On August 20, 2021, the parties filed a Stipulation of Dismissal Between Plaintiffs and Defendants Botha Trucking, LLC, ProFrac Services, LLC, EQT Corporation, EQT Production Company and John Doe 2 [Doc. 46]. Therein, the parties stipulate and agree that plaintiffs' claims against Botha Trucking, LLC, ProFrac Services, LLC, EQT Corporation, EQT Production Company and John Doe 2 should be dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Thus, plaintiffs claims against defendants Botha Trucking, LLC, ProFrac Services, LLC, EQT Corporation, EQT Production Company and John Doe 2 are hereby **DISMISSED**

1

**WITHOUT PREJUDICE** from the above-styled case. Moreover, defendants Botha Trucking, LLC, ProFrac Services, LLC, EQT Corporation, EQT Production Company and John Doe 2 are hereby **TERMINATED** from the above-styled case.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** August 23, 2021.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE