# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### WHEELING

**RANCEL JERAMY CROSS,** Individually, **RACHEL CROSS,** Individually, **RANCEL JERAMY CROSS,** as Natural Guardian of S.C., a minor, T.C., a minor and L.C., a minor, and **RACHEL CROSS,** as Natural Guardian of S.C., a minor, T.C., a minor And L.C., a minor,

      Plaintiffs,

vs.                                                           Civil Action No. 5:21-CV-12
                                                                               Judge Bailey

**CAM SAFETY, LLC a/k/a/ and d/b/a XCAM; XCAM, LLC a/k/a and d/b/a/ CAM SAFETY; EQT CORPORATION; EQT PRODUCTION COMPANY; PROFRAC SERVICES, LLC; BOTHA TRUCKING, LLC; JOHN DOE 1; JOHN DOE 2; and JOHN DOE 3,**

      Defendants.

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS CAM SAFETY, LLC a/k/a and d/b/a XCAM; XCAM, LLC, a/k/a and d/b/a CAM SAFETY, JOHN DOE 1 and JOHN DOE 2

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, Rancel Jeramy Cross, Individually, Rachel Cross, Individually, Rancel Jeramy Cross, as Natural Guardian of S.C., a minor, T.C., a minor, and L.C., a minor, and Rachel Cross, as Natural Guardian of S.C., a minor, T.C., a minor, and L.C., a minor ("Plaintiffs"), and their counsel, respectfully provide this notice of voluntary dismissal without prejudice as to Defendants Cam Safety, LLC a/k/a and d/b/a Xcam, ("Cam Safety"), XCam, LLC a/k/a and d/b/a Cam Safety ("XCam"), John Doe 1, and John Doe 2.

                                                               Respectfully submitted,

                                                               **RANCEL JERAMY CROSS,** Individually,
                                                               **RACHEL CROSS,** Individually, **RANCEL JERAMY CROSS,** as Natural Guardian of S.C., a minor, T.C., a minor and L.C., a

           minor, and **RACHEL CROSS,** as Natural
           Guardian of S.C., a minor, T.C., a minor
           And L.C., a minor,

           Plaintiffs,

Date: January 26, 2022    By: */s/ Christopher J. McCabe, Esq.*
           Scott S. Blass (#4628)
           Christopher J. McCabe (#13652)
           BORDAS & BORDAS, PLLC
           1358 National Road
           Wheeling, WV  26003
           (304) 242-8410
           sblass@bordaslaw.com
           cmccabe@bordaslaw.com
           *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

Service of the foregoing PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS CAM SAFETY, LLC, a/k/a and d/b/a XCAM; XCAM, LLC, a/k/a and d/b/a CAM SAFETY, JOHN DOE 1 and JOHN DOE 2 was had upon the Defendants herein on the 26th day of January, 2022, by filing electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew Nelson, Esq.
James M. Leety, Esq.
Lewis Brisbois Bigaard & Smith, LLP
707 Virginia Street, East – Suite 1400
Charleston, WV 25301
P: (304) 553-0129
F: (304) 343-1805
Matt.Nelson@lewisbrisbois.com
James.Leety@lewisbrisbois.com
*Counsel for Botha Trucking, LLC*

Nathanial Kuratomi, Esq.
Gary A. Matthews, Esq.
Jenkins Fenstermaker, PLLC
215 S. 3rd Street – Suite 400
Clarksburg, WV 26301
P: (304) 523-2100
F: (304) 523-2347
Nak@jenkinsfenstermaker.com
Gam@jenkinsfenstermaker.com
*Counsel for ProFrac Services, LLC*

Jennifer J. Hicks, Esq.
Tiffany Arbaugh, Esq.
Babst, Calland, Clements and Zomnir, P.C.
300 Summers Street – Suite 1000
Charleston, WV 25301
P: (681) 205-8888
F: (681) 205-8814
JHicks@babstcalland.com
TArbaugh@babstcalland.com
*Counsel for EQT Corporation*
*And EQT Production Company*

Service of the foregoing PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL was had upon the unrepresented Defendants herein on the 26th day of January, 2022 by regular U.S. mail to:

XCam, LLC
PB Box 1336
Granbury, TX 76048
*Defendant*

Cam Safety, LLC
P.O. Box 1366
Granbury, TX 76058
*Defendant*

By:   */s/ Christopher J. McCabe, Esq.*
Scott S. Blass (#4628)
Christopher J. McCabe (#13652)
BORDAS & BORDAS, PLLC
1358 National Road
Wheeling, WV  26003
(304) 242-8410
sblass@bordaslaw.com
cmccabe@bordaslaw.com
*Counsel for Plaintiff*