IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**RANCEL JERAMY CROSS,** Individually,
**RACHEL CROSS,** Individually, **RANCEL
JERAMY CROSS,** as Natural Guardian of
S.C., a minor, T.C., a minor and L.C., a
minor, and **RACHEL CROSS,** as Natural
Guardian of S.C., a minor, T.C., a minor
and L.C., a minor,

        Plaintiffs,

v.                                **CIVIL ACTION NO. 5:21-CV-12**
                                      Judge Bailey

**CAM SAFETY, LLC,** agent of XCAM,
**XCAM, LLC** agent of CAM SAFETY,
**JOHN DOE 1,** and **JOHN DOE 3,**

        Defendants.

## ORDER

On January 26, 2022, plaintiffs' filed a Notice of Voluntary Dismissal Without Prejudice of Defendants Cam Safety, LLC a/k/a and d/b/a Xcam; Xcam, LLC, a/k/a and d/b/a Cam Safety, John Doe 1 and John Doe 2 [Doc. 51]. Therein, under Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs voluntarily dismiss defendants Cam Safety, LLC a/k/a and d/b/a Xcam, Xcam, LLC a/k/a and d/b/a Cam Safety, John Doe l, and John Doe 2.[1]

---

[1] After speaking with counsel for plaintiffs, plaintiffs Notice of Voluntary Dismissal Without Prejudice mistakenly put to dismiss John Doe 2 instead of John Doe 3. After clarifying with counsel, the Notice of Voluntary Dismissal seeks to dismiss John Doe 3 because John Doe 2 was terminated on August 23, 2021. *See* [Doc. 47].

Upon consideration, this Court hereby **DISMISSES WITHOUT PREJUDICE** defendants Cam Safety, LLC a/k/a and d/b/a Xcam, Xcam, LLC a/k/a and d/b/a Cam Safety, John Doe I and John Doe 3. Therefore, it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITHOUT PREJUDICE** and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: February 3, 2022.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE